# United States Court of Appeals

## For the First Circuit

No. 08-2331

JOSEPH BRAGA,

Plaintiff, Appellant,

v.

THOMAS HODGSON,
INDIVIDUALLY AND IN HIS CAPACITY AS SHERIFF OF BRISTOL COUNTY,
AND CERTAIN UNKNOWN INDIVIDUALS,

Defendants, Appellees.

**ERRATA SHEET**

The opinion of this Court issued on May 14, 2010, is amended as follows:

On page 6, footnote 6, line 6, the phrase "and Braga did not appeal from that grant" should be deleted and replaced with: "and Braga has failed to make any argument that the district court erred in striking that affidavit."